UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Cobian, | ) CASE NO.: 2:23-cv-03785-SVW-MAA |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Nissan North America, Inc., | ) JS - 6 |
| Defendant. | ) |

Pursuant to the Offer of Judgment and the Acceptance of Offer of Judgment, filed on October 13, 2023, judgment is entered for plaintiff, David Cobain, and against defendant, Nissan North America, Inc. pursuant to the conditions set for in the Offer of Judgment.

DATE: October 17, 2023

*PM Cruz*
Clerk of the Court